# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CHARITA MILLER,

    Plaintiff,

v.

CA SENIOR MANAGEMENT, LLC,

    Defendant.

Case No. 2:22-cv-12300

Hon. Terrence G. Berg

| | |
|---|---|
| Noah S. Hurwitz (P74063)<br>Kara F. Krause (P85487)<br>HURWITZ LAW PLLC<br>Attorneys for Plaintiff<br>340 Beakes St., Ste. 125<br>Ann Arbor, MI 48104<br>(844) 487-9789<br>Noah@hurwitzlaw.com<br>Kara@hurwitzlaw.com | Scott M. Gilbert (#6282951)<br>*(admitted pro hac vice)*<br>POLSINELLI PC<br>Attorneys for Defendant<br>150 N. Riverside Plaza, Suite 3000<br>Chicago, IL 60606<br>312.463.6375<br>sgilbert@polsinelli.com<br><br>Sara Robertson (#69300)<br>*(admitted pro hac vice)*<br>POLSINELLI PC<br>Attorneys for Defendant<br>100 South Fourth Street<br>Suite 1000, St. Louis, MO 63102<br>314.622.6617<br>srobertson@polsinelli.com |

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

It is hereby stipulated, by and between counsel for Plaintiff Charita Miller and Defendant CA Senior Management, LLC, that all the claims set forth by Plaintiff against Defendant in the above-captioned action are dismissed with prejudice and without interest, costs, or attorneys' fees to any Party.

IT IS HEREBY ORDERED, that the above-captioned action is DISMISSED WITH PREJUDICE and without interest, costs or attorneys' fees to any Party.

This order disposes of all claims and closes the case.

IT IS SO ORDERED.

Dated: January 18, 2023          /s/Terrence G. Berg_____
                                 Hon. Terrence G. Berg
                                 UNITED STATES DISTRICT JUDGE

Stipulated to by:

/s/ *Noah S. Hurwitz*            /s/ *Sara Robertson (with consent)*
Noah S. Hurwitz (P74063)         Sara Robertson (#69300)
HURWITZ LAW PLLC                 *(admitted pro hac vice)*
Attorneys for Plaintiff          POLSINELLI PC
                                 Attorneys for Defendant

Dated: January 18, 2023